**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ANTHONY BANNIGER,

                Plaintiff

    v.

PAUL DELBIANCO, *et al.*

                Defendants.

CIVIL ACTION NO. 3:25-CV-00530

(MEHALCHICK, J.)

**MEMORANDUM**

Before the Court are Plaintiff Anthony Banniger's ("Banniger") motions for an order to open his legal mail in his presence, for a cease and desist order, for leave to file an amended complaint, and for leave to proceed *in forma pauperis*. (Doc. 44; Doc. 48; Doc. 51; Doc. 53). For the following reasons, the Court will deem the motions for an order to open his legal mail in his presence and for a cease and desist order as withdrawn, grant the motion for leave to file an amended complaint, and deny the motion to proceed *in forma pauperis* as moot.

## I.    BACKGROUND AND PROCEDURAL HISTORY

Banniger, an inmate currently housed at the State Correctional Institution Frackville ("SCI-Frackville"), initiated this action by filing a complaint that was received and docketed by this Court on March 24, 2025 raising multiple claims under 42 U.S.C. § 1983. (Doc. 1). This complaint named the following thirteen defendants: (1) Paul Delbianco, M.D.; (2) Peter Baddick, M.D.; (3) Malhi Raiender, Doctor; (4) Malanie Wagman, LPN; (5) Jacklyn Talasky, PA ; (6) Gabby Smith, Nurse; (7) William Knappenberger, RN; (8) S. McCorkle, CHCA; (9) Bernard Maret, M.D.; (10) Mark Mascari, Physician; (11) Kyle Mummey, LPN; (12) J.

Rivello, Warden/Facility Manager; and (13) Gabrielle Smith, Nurse[1]. (Doc. 1, at 3-7). Banniger stated that all the events in the complaint took place at SCI-Frackville and SCI-Huntingdon. (Doc. 1, at 8).

Defendants moved to dismiss the claims made in the complaint in September of 2025. (Doc. 22; Doc. 24). Following briefing, the Court entered a memorandum and order dismissing all claims except the First Amendment retaliation and Eighth Amendment deliberate indifference claims against Defendant Wagman. (Doc. 42; Doc. 43). The Court granted Banniger leave to file by amended complaint on March 2, 2026. (Doc. 43). Banniger requested additional time to file an amended complaint, and the Court granted Banniger until April 1, 2026 to file an amended complaint. (Doc. 45; Doc. 46).

On February 23, 2026, Banniger filed a motion seeking an order that his legal mail be opened in his presence. (Doc. 44).

On March 27, 2026, the Court received and docketed Banniger's motion for cease and desist order alleging mishandling of his mail at SCI-Frackville and requesting an order to stop the alleged harassing and retaliatory behavior in the form of mishandling the mail. (Doc. 49).

On March 31, 2026, the Court received and docketed Banniger's motion for leave to file an amended complaint along with a proposed amended complaint. (Doc. 51; Doc. 51-2). This proposed amended complaint names the same defendants and adds Wellpath, LLC as a Defendant. (Doc. 51-2). Banniger also filed a motion for leave to proceed *in forma pauperis*. (Doc. 53).

---

[1] Defendants' waiver of service identified Gabby and Gabrielle Smith as the same individuals, bringing the total defendants to twelve. (Doc. 15).

## II.    DISCUSSION

### A.    MOTIONS CONCERNING BANNIGER'S LEGAL MAIL

Banniger has filed two motions seeking an order requiring SCI-Frackville officials to open his legal mail in his presence. (Doc. 44; Doc. 49). Neither of these motions are supported by briefing.

Local Rule 7.5 states, in pertinent part, that "[w]ithin fourteen (14) days after the filing of any motion, the party filing the motion shall file a brief in support of the motion. . . If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn." Without a brief in support of the motions, the Court has insufficient information to determine whether it is appropriate to grant or deny the motion at this time. Therefore, the Court will deem both of Banniger's motions as withdrawn.

### B.    MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Court granted Banniger leave to file an amended complaint by April 1, 2026. (Doc. 46). Despite already having the Court's leave, Banniger filed a motion seeking such leave on March 31, 2026. Therefore, based on Banniger already having the Court's leave, it will grant Plaintiff's motion for leave and file the proposed amended complaint separately on the docket as the operative complaint in this matter.

### C.    MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

Along with the motion for leave to file an amended complaint, Banniger filed a motion for leave to proceed *in forma pauperis*. (Doc. 53). Banniger was granted *in forma pauperis* status on June 30, 2025. (Doc. 12). Therefore, the Court will deny the pending motion as moot.

## III.    CONCLUSION

For the reasons set forth above, the Court will deem Banniger's motions for orders concerning his mail at SCI-Frackville as withdrawn, it will grant Banniger's motion for leave

3

to file an amended complaint, and it will deny Banniger's motion for leave to proceed *in forma pauperis* as moot.

An appropriate order follows.

Dated: June 9, 2026                    s/ Karoline Mehalchick
                                       **KAROLINE MEHALCHICK**
                                       **United States District Judge**